IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JERMAINE X. JOHNSON,
    Plaintiff,

vs.                            Case No.: 3:13cv448/RV/EMT

SHERIFF WENDALL HALL, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1). By order dated October 18, 2013, the court granted Plaintiff's motion to proceed in forma pauperis (doc. 10). The October 18, 2013, order was returned as undeliverable (doc. 11). On March 25, 2014, the court ordered the clerk to resend a copy of the October 18, 2013, order to Plaintiff at the last address he provided to the court (doc. 12). In its order the court indicated that it would recommend dismissal of this action to the district court if the correspondence was again returned as undeliverable. The document remailed to Plaintiff on March 25, 2014, was returned to the court on April 2, 2014, marked "RETURN TO SENDER[.] ATTEMPTED - NOT KNOWN[.] UNABLE TO FORWARD" (doc. 14).

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to prosecute and failure to keep the court apprised of his current address.

        At Pensacola, Florida, this 7th day of April 2014.


                                            /s/ *Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**